# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

JAMES "JIMMY" STEWART            PLAINTIFF/COUNTER-DEFENDANT

vs.            CIVIL ACTION NO.: 3:15-CV-051-SA-SAA

FIRST TENNESSEE BANK
NATIONAL ASSOCIATION, ET AL.            DEFENDANTS/COUNTER-CLAIMANT

## FINAL ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AS TO JAMES "JIMMY" STEWART AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION ONLY; ORDER DISMISSING FIRST TENNESSEE BANK NATIONAL ASSOCIATION AS A PARTY TO THIS CASE

Before the Court is the Stipulation of Dismissal with Prejudice of All Claims as to James "Jimmy" Stewart and First Tennessee Bank National Association Only (Doc. 43). Based upon the statements of Plaintiff/Counter-Defendant James "Jimmy" Stewart (hereinafter "Stewart") and Defendant/Counter-Claimant First Tennessee Bank National Association (hereinafter "First Tennessee") in the parties' Stipulation of Dismissal, and based upon the entire record in this case, it appears to the Court that all matters and claims in dispute between Stewart and First Tennessee in this case have been fully resolved.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims that were brought, or that could have been brought, by Stewart against First Tennessee and by First Tennessee against Stewart are DISMISSED WITH PREJUDICE. Stewart and First Tennessee shall each be responsible for only their own respective costs, expenses, and attorneys' fees.

This Order does not resolve or affect Stewart's claims against the other parties in this matter. As such, Stewart's Amended Complaint remains pending as to CitiMortgage, Inc. and 24 Asset Management Corp.

With respect to the claims asserted against and brought by First Tennessee in this case, all of which have been dismissed, this is the Final Order of the Court in this matter. The Clerk of Court is directed to dismiss First Tennessee as a party to this case.

IT IS SO ORDERED this 16th day of November, 2015.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**

APPROVED AND AGREED:

s/ Jacob A. Dickerson
Michael C. Patton (*pro hac vice*)
Jacob A. Dickerson (MS Bar # 102681)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.8236
Fax: 901.577.0805
Email: jdickerson@bakerdonelson.com

*Attorneys for Defendant/Counter-Plaintiff*
*First Tennessee Bank National Association*

s/ W. Lawrence Deas
W. Lawrence Deas (MS Bar # 100227)
Deas & Deas, LLC
Post Office Box 7282
Tupelo, MS 38802
Telephone: 662.842.4546
Fax: 662.842.5449
Email: lawrence@deaslawfirm.com

William Liston III (MS Bar # 8482)
Liston/Lancaster, PLLC
Post Office Box 14127
Jackson, MS 39236
Telephone: 601.981.1636
wlist3@aol.com

*Attorneys for Plaintiff/Counter-Defendant*
*James "Jimmy" Stewart*