IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES JIMMY STEWART                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:15-CV-51-SA-SAA

CITIMORTGAGE, INC.                                                          DEFENDANT

ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal [137] entered by Plaintiff Stewart and Defendant Citimortgage Inc., and being advised that the claims between these parties have been fully settled and resolved, at these Parties' request, the Court hereby enters this order dismissing all of the Plaintiffs' claims against Citimortgage with prejudice.

With all claims and parties dismissed, this CASE is CLOSED.

SO ORDERED, on this the 16th day of March, 2017.

                                                         /s/ Sharion Aycock
                                                         UNITED STATES DISTRICT JUDGE